# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IGNACIO M.P.,
(A Number: 241-079-319)

Petitioner,

v.

WARDEN OF THE GOLDEN STATE DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-03771-KES-EGC (HC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITION FOR WRIT OF HABEAS CORPUS**

(Doc. 1)

Ignacio M.P. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 14, 2026, the assigned Magistrate Judge issued Findings and Recommendations to deny the Petition. (Doc. 14). The Court served the Findings and Recommendations on all parties and notified them that any objections were due within fourteen days. (*Id.* at 4). Over fourteen days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

The habeas corpus petition, (Doc. 1), is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE